# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 11-CV-1170

Plaintiff:
**LIBERTY MEDIA HOLDINGS LLC**

vs.

Defendant:
**COLORADO MEMBERS OF SWARM OF NOVEMBER 19, 2010 TO DECEMBER 11, 2010 SHARING HASH FILE**

For:
Andrew J. Contiguglia
Contiguglia, P.C.
44 Cook St., Ste 100
Denver, CO 80246

Received by Hibernia, Inc. to be served on **JARRED KAMARAUSKAS, 9749 OTIS DR., WESTMINSTER, Adams County, CO 80021**.

I, Dirk Allen, being duly sworn, depose and say that on the **7th day of March, 2012 at 6:40 pm, I:**

**Served the SUMMONS, COMPLAINT AND EXHIBITS; CIVIL CASE COVER SHEET in accordance with C.R.C.P. RULE 4 (e) (1)**, to the individual: **JARRED KAMARAUSKAS** at the usual place of abode, **9749 OTIS DR., WESTMINSTER, Adams County, CO 80021**.

I certify that I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me in the county of Jefferson, State of Colorado on the 8th day of March, 2012 by the affiant produced a Colorado Drivers License as proof of identity.

NOTARY PUBLIC

CLIVE MULVIHILL
Notary Public
State of Colorado
My Commission Expires November 17, 2015

Dirk Allen
Process Server

Hibernia, Inc.
1746 Cole Blvd., Ste 225
Golden, CO 80401
(303) 996-0641

Our Job Serial Number: HBI-2012000825
Ref: LIBERTY/COLORADO MEMBERS

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i



2012000825