AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-cv-1170-RBJ-KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mr. Daniel Hyatt
was received by me on *(date)* 03/15/2012 .

☑ I personally served the summons on the individual at *(place)* 3051 Glenhurst Ave., Los Angeles, CA 90039
on *(date)* 03/16/2012 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 55.00 for travel and $ 5.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 03/16/2012

*Server's signature*

C. Matthew Turner
*Printed name and title*

21143 Hawthorne Blvd., 261
Torrance, CA 90503
310-713-0893 LA County Registration #3588
*Server's address*

Additional information regarding attempted service, etc: