## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-1170-RBJ-KMT

LIBERTY MEDIA HOLDINGS, LLC

Plaintiff,

vs.

COLORADO MEMBERS OF SWARM
OF NOVEMBER 19, 2010 TO DECEMBER 11, 2010,
SHARING HASH FILE
A3E6F65F2E3D672400A5908F64ED55B66A0880B8;
AND COMPRISING JOHN DOE 1, JARRED KAMARAUSKAS
AARON KOONTZ, DANIEL HYATT AND DOES 5 through 7,

Defendants.

## STATUS REPORT

COMES NOW, the Plaintiff, Liberty Media Holdings, LLC, and pursuant to this Honorable Court's June 22, 2012 Order [ECF 44], Plaintiff hereby offers the following Status Report to the Court.

On April 2, 2012, the Honorable Brooke Jackson, dismissed without prejudice Defendant Aaron Koontz at the request of the Plaintiff. [ECF 38]. Mr. Koontz was the only remaining unserved Defendant in this action. Does 1, and 5 through 7, as listed in the First Amended Complaint, have not been identified and Plaintiff will not be seeking damages from them at this time.

On May 17, 2012, this Honorable Court entered default as to the remaining defendants Daniel Hyatt and Jarred Kamarauskas. Plaintiff is still seeking Default Judgment as to these two

remaining defendants and will have all appropriate Motions and Affidavits finalized and filed with this Honorable Court on or before Friday, July 20, 2012.

DATED: July 5, 2012

                Contiguglia / Fazzone P.C.

                /s/  Andrew Contiguglia
                Andrew Contiguglia
                CO Registration No. 26901
                44 Cook St., Suite 100
                Denver, CO 80206
                303-780-7333 / 303-780-7337 (fax)
                ajc@ajcpc.com

## Certificate of Filing And Non-Service

I hereby certify that the foregoing document was filed electronically using this Court's CM/ECF system on July 5, 2012. Plaintiff is unable to serve any defendant as no one has filed an Answer.

                By: /s/ Andrew J. Contiguglia
                Andrew J. Contiguglia, Esq.
                CONTIGUGLIA / FAZZONE, P.C.
                44 Cook Street
                Suite 100
                Denver, CO  80206