**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:11-cv-1170-RBJ-KMT

LIBERTY MEDIA HOLDINGS, LLC

Plaintiff,

    vs.

COLORADO MEMBERS OF SWARM
OF NOVEMBER 19, 2010 TO DECEMBER 11, 2010,
SHARING HASH FILE
A3E6F65F2E3D672400A5908F64ED55B66A0880B8;
AND COMPRISING JOHN DOE 1, JARRED KAMARAUSKAS
AARON KOONTZ, DANIEL HYATT AND DOES 5 through 7,

Defendants.

---

**MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT DANIEL HYATT**

---

NOW COMES Plaintiff Liberty Media Holdings, LLC and respectfully requests this Court to enter default judgment against Defendant Daniel Hyatt. In support of its Motion, Plaintiff offers the attached Memorandum of Points and Authorities and supporting declaration.

Dated: July 19, 2012

Respectfully submitted,

*s/Andrew J. Contiguglia*
Andrew J. Contiguglia (26901)
CONTIGUGLIA/FAZZONE, P.C.
44 Cook Street, Suite 100
Denver, CO 80206
303 780-7333
303 780-7337 fax
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed using this Court's CM/ECF system on July 19, 2012. A copy was not sent to the Defendant as no entry of appearance has been made and previous correspondence and filings have been ignored.

Dated: July 19, 2012          Respectfully submitted,

                      s/ Andrew J. Contiguglia
                      _____
                      Andrew J. Contiguglia
                      CONTIGUGLIA/FAZZONE, P.C.
                      44 Cook Street, Suite 100
                      Denver, CO 80206
                      303 780-7333
                      303 780-7337 fax
                      *Attorneys for Plaintiff*