IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01170-RBJ-KMT

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

v.

COLORADO MEMBERS OF SWARM OF NOVEMBER 19, 2010 TO DECEMBER 11, 2010, SHARING HASH FILE A3E6F65F2E3D672400A5908F64ED55B66A0880B8; AND COMPRISING JOHN DOE 1,
JARRED KAMARAUSKAS,
AARON KOONTZ,
DANIEL HYATT, and
DOES 5 through 7,

    Defendants.

## JUDGMENT PURSUANT TO FED. R. CIV. P. 58(a) AND 55(b)

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and 55(b) and the orders entered in this case, the following JUDGMENT is hereby entered.

I.    Pursuant to Fed. R. Civ. P. 58(a) and the Order granting the Motion to Dismiss Defendant Aaron Koontz #[38] entered by Judge R. Brooke Jackson on April 2, 2012, which order is incorporated by reference, it is

ORDERED that Defendant Aaron Koontz is DISMISSED pursuant to Fed R. Civ. P. Rule 4(m).

II.    Pursuant to Fed. R. Civ. P. 55(b) and the Order granting the Motion for Entry of Default Judgment Against Defendant Daniel Hyatt #[48] entered by Judge R. Brooke Jackson on November 13, 2012, which order is incorporation by reference, it is

ORDERED that Default Judgment enter in favor of Plaintiff Liberty Media Holdings, LLC and against Defendant Daniel Hyatt.

III.     Pursuant to Fed. R. Civ. P. 55(b) and the Order granting the Motion for Entry of Default Judgment Against Defendant Jarred Kamarauskas #[49] entered by Judge R. Brooke Jackson on November 13, 2012, which order is incorporation by reference, it is

ORDERED that Default Judgment enter in favor of Plaintiff Liberty Media Holdings, LLC and against Defendant Jarred Kamarauskas.

IV.     Pursuant to Fed. R. Civ. P. 58(a) and the Minute Order Dismissing Defendants Colorado Members of Swarm of November 19, 2010 to December 11, 2010, Sharing Hash File A3E6F65F2E3D672400A5908F64ED55B66A0880B8, and John Does 1 and 5 through 7, #[50] entered by Judge R. Brooke Jackson on November 19, 2012, which order is incorporated by reference, it is

ORDERED that Defendants Colorado Members of Swarm of November 19, 2010 to December 11, 2010 Sharing Hash File A3E6F65F2E3D672400A5-908F64ED55B66A0880B8, and John Does 1 and 5 through 7 are DISMISSED and the case is closed.

DATED at Denver, Colorado this 19th day of November, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler
Deputy Clerk